# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
220 West Depot Street, Suite 200
Greeneville, Tennessee 37743

(423) 639-3105
www.tned.uscourts.gov

**DEBRA C. POPLIN**
Clerk of the Court

**JOHN L. MEDEARIS**
Chief Deputy Clerk

December 17, 2013

Elliott Ozment, Esq.
Ozment Law
1214 Murfreesboro Pike
Nashville, TN 37217

RE: 2-13-CV-266, Prison Legal News v. Anderson et al

Dear Attorney:

The Local Rules of this Court provide that attorneys must be admitted to practice in this District prior to appearing in an action. Our records indicate that you have not been admitted to practice in the Eastern District of Tennessee; if this is incorrect, please advise where you were admitted and when.

If you have not been admitted, you may do one of two things:

  1. Obtain an application for admission from this office and apply for admission; or

  2. Submit a motion to appear pro hac vice in the case in question (this procedure does not allow you to appear in other cases in this district), along with a current certificate of good standing from the district court and state court where you have been admitted and the $90 application fee.

For additional information on appearance in the Eastern District of Tennessee, see Local Rule 83.5. You can find our Local Rules and an Application for Admission on our web site at the location listed at the top of this letter. **Enclosed is a copy of a standing order regarding electronic filing in our system**.

If we can be of assistance to you in these matters or others, please get in touch with this office.

Sincerely,
S/Richard Connell
Deputy Clerk